JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NICHOLAS KESSLER, <br><br> Plaintiff, <br><br> vs. <br><br> HEALTH NET LIFE INSURANCE COMPANY, <br><br> Defendant. | Case No.: CV 11-8971 DMG (SSx) <br><br> **ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO Fed.R.Civ.P. 41(A)(1)** <br> **[17]** |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear his/its own attorneys' fees and costs in this matter.

DATED: January 24, 2013  _____

Dolly M. Gee
United States District Judge